UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE WILSON,<br>　　　　　Plaintiff,<br>　　v.<br>UNITED STATES OF AMERICA,<br>　　　　　Defendant. | Case No. 4:20-cv-01699-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 90 DAYS; ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 25 |

On November 10, 2020, the parties filed a joint notice of settlement. Accordingly, the parties shall file a dismissal within 90 days of this order, absent any extension ordered by the Court.

Finally, the Court continues the December 1, 2020 case management conference to February 23, 2021 at 1:30 PM. The joint case management statement is due on or before February 16, 2021.

IT IS SO ORDERED.

Dated: November 10, 2020

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge